# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF TENNESSEE, NASHVILLE DIVISION

| | |
|---|---|
| NORMA STEINER, | ) |
| Plaintiff, | ) JURY DEMAND |
| v. | ) No. 3:09-cv-0534 |
| SOUTHWEST AIRLINES, INC., | ) JUDGE HAYNES |
| Defendant. | ) |

## AGREED STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Come the parties, by and through counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(ii), and hereby give notice of their stipulation of dismissal without prejudice of Defendant Southwest Airlines, Inc. Each party shall be responsible for its own discretionary costs.

Respectfully submitted,

s/ Robert Timothy Hatton
**Robert Timothy Hatton, Esq.**
104 ½ Public Square
Lebanon, Tennessee 37087-2730

Attorney for Plaintiff

**LEITNER, WILLIAMS, DOOLEY
& NAPOLITAN, PLLC**

s/ Paul R. Leitner
**Paul R. Leitner, Esq.**
BPR 001682
801 Broad Street, Third Floor
Chattanooga, TN 37402
(423) 265-0214

    s/ D. Randall Mantooth
**D. Randall Mantooth, Esq.**
BPRN 013875
Bank of America Plaza
414 Union Street, Suite 1900
Nashville, TN 37219-1782
615-255-7722

Attorneys for Defendant

## CERTIFICATE OF SERVICE

    I hereby certify that on the 25th day of January, 2010 a true and correct copy of the foregoing has been forwarded via electronic means via the Court's electronic filing system to:

> Robert Timothy Hatton, Esq.
> Attorney for Plaintiff
> 104 ½ Public Square
> Lebanon, Tennessee 37087-2730

    By: s/ D. Randall Mantooth
           **D. Randall Mantooth**

2

N:\DATA\Docs\006195\000008\00903773.DOC
Case 3:09-cv-00534   Document 21   Filed 01/25/10   Page 2 of 2 PageID #: 124